**Order entered December 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01223-CV

### MICHAEL MORFORD D/B/A NEMAHA WATER SERVICES, ET AL, Appellants

### V.

### ESPOSITO SECURITIES, LLC, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05795**

## ORDER

Before the Court is appellee's December 17, 2014, unopposed motion for extension of time to file brief. We **GRANT** appellee's motion and **ORDER** appellee's brief be filed no later than January 16, 2015.

/s/    CRAIG STODDART
        JUSTICE